**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ISMAEL CONTRERAS RIVAS,

      Petitioner,

v.                                                                Case No. 3:26-cv-290-WWB-MCR

MARKWAYNE MULLIN,[1] et al.,

      Respondents.

_____

**ORDER**

Before the Court is Respondents' Notice of Petitioner's Removal to Mexico (Doc. 11) advising that the United States Department of Homeland Security, Immigration and Customs Enforcement ("**ICE**") removed Petitioner to Mexico on March 26, 2026, pursuant to his 2003 removal order.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition (Doc. 1) and this case are **DISMISSED without prejudice** as moot.

2. The Clerk shall enter judgment accordingly, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on March 31, 2026.

---

[1] Secretary Mullin is automatically substituted for his predecessor under Federal Rule of Civil Procedure 25(d).

2

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:      Counsel of record

2